UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO. 8:12-cv-00080-VMC-EAJ

DANIEL STANISLAWEK,

    Plaintiff,

v.

HENSCHEL & BEINHAKER, P.A.,

    Defendant,

AMERICAN EXPRESS BANK, FSB, a.k.a.
AMERICAN EXPRESS, AMEX, et. al.

    Co-Defendants.
_____/

## UNOPPOSED MOTION FOR TELEPHONIC HEARING

COME NOW, Defendant, HENSCHEL BEINHAKER, P.A., and Co-Defendants, AMERICAN EXPRESS BANK, FSB, a.k.a. AMERICAN EXPRESS, AMEX, et. al., by and through the undersigned counsel, pursuant to Local Rule 3.01(i), and move the Court to allow Defendants' counsel to appear telephonically for the hearing on May 3, 2012 at 1:30 P.M., and as grounds thereof states as follows:

    1.    The hearing will be held in Tampa, Florida, but Defendants' Counsel, Drew Beinhaker, Esq., is located in a different city, in Hollywood, Florida.

    2.    For the convenience of counsel and the parties, Defendants request that their counsel be allowed to appear telephonically for this hearing.

WHEREFORE, Defendants respectfully request this Honorable Court grant this Motion by issuing an Order allowing Defendants' counsel to appear telephonically for this hearing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail on April 23, 2012, to: Defendant, DANIEL STANISLAWEK, 501 MANDALAY AVENUE APT 309, CLEARWATER FL 33767 and to the Clerk of the Court.

HENSCHEL & BEINHAKER, P.A.
Attorney for Defendants
3475 Sheridan Street, Suite 305
Hollywood, Florida 33021
(954) 964-4780

By: _____
Drew Beinhaker, Esq.,
Florida Bar No. 0163538

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that pursuant to Local Rule 3.01(g), I have contacted the Plaintiff, DANIEL STANISLAWEK, 501 MANDALAY AVENUE APT 309, CLEARWATER FL 33767, by phone at (727)234-0716 in a good faith effort, and Plaintiff has not opposed to the filing of such Motion, on April 23, 2012.

HENSCHEL & BEINHAKER, P.A.
Attorney for Defendants
3475 Sheridan Street, Suite 305
Hollywood, Florida 33021
(954) 964-4780

By: _____
Drew Beinhaker, Esq.,
Florida Bar No. 0163538